1  MICHAEL M. WALSH   (Bar No. 150865)
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
2  801 South Figueroa Street, 18th Floor
   Los Angeles, California 90017-5556
3  Telephone: (213) 426-6900
   Facsimile: (213) 426-6921
4
   Attorneys for Plaintiff
5  RALPH A. CAMPILLO

6
   GREGORY MICHAEL DOYLE (Bar No. 092155)
7  COLLINS, TOSCHI & DOYLE
   100 Webster Street, Suite 300
8  Oakland, California  94607
   Telephone:  (510) 835-3400
9  Facsimile:  (510) 835-7800

10 Attorneys for Defendant
   CAMERON THOMSON
11

12

13                    **UNITED STATES DISTRICT COURT**

14                    **EASTERN DISTRICT OF CALIFORNIA**

15                         **SACRAMENTO DIVISION**

16

| 17 | RALPH A. CAMPILLO, an individual, | CASE NO. CIV.S-05-1156 DAD |
|----|-----------------------------------|----------------------------|
| 18 | Plaintiff(s), | |
| 19 | v. | **STIPULATION AND ORDER TO CONTINUE THE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |
| 20 | CAMERON THOMSON, an individual, inclusive, | |
| 21 | | |
| 22 | Defendant(s). | |

23

24  **IT IS HEREBY STIPULATED** by and between the parties to this action, through their

25 respective counsel of record, having conferred with the clerk of the court, that the Status (Pretrial

26 Scheduling) Conference presently set for December 16, 2005 at 11:00 a.m. should be continued

27 ///

28 ///

LA/625743v1

1  to January 20, 2006 at 11:00 a.m., without otherwise altering the Order Setting Status (Pretrial
2  Scheduling) Conference.

4  DATED: December 12, 2005        SEDGWICK, DETERT, MORAN & ARNOLD LLP

6                                  By:  /s/  Michael M. Walsh
7                                       Michael M. Walsh
                                        Attorney for Plaintiff
8                                       RALPH A. CAMPILLO

10 DATED: December 12, 2005        COLLINS, TOSCHI & DOYLE

12                                 By: /s/ Gregory M. Doyle
13                                     Gregory Michael Doyle
                                       Attorneys for Defendant
14                                     CAMERON THOMSON

17 IT IS SO ORDERED.

19 Dated:   December 14, 2005

20                                      _____
21                                      DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

24 Ddad1/orders.conseent/campillo1156.stipord

LA/625743v1