1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MICHAEL M. WALSH  (Bar No. 150865)
2  801 South Figueroa Street, 18th Floor
   Los Angeles, California 90017-5556
3  Telephone: (213) 426-6900
   Facsimile: (213) 426-6921
4
   Attorneys for Plaintiff
5  RALPH A. CAMPILLO

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 RALPH A. CAMPILLO,                    CASE NO. CIV-S-05-1156 DAD

12      Plaintiff,
                                         **STIPULATION OF DISMISSAL**
13      v.                               **PURSUANT TO FEDERAL RULES OF**
                                         **CIVIL PROCEDURE 41(a)(1)(ii) AND**
14 CAMERON THOMSON,                      **ORDER**

15      Defendant.

16

17      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), both parties to this action,

18 plaintiff Ralph A. Campillo and defendants Cameron Thomson, hereby stipulate and agree that all

19 claims of plaintiff Ralph A. Campillo are hereby dismissed with prejudice, with each party to pay

20 its own costs and fees.

21

22 DATED: April 18, 2006          SEDGWICK, DETERT, MORAN & ARNOLD LLP

23

24                                By:    /s/ Michael M. Walsh
                                         Michael M. Walsh
25                                       Attorney for Plaintiff
                                         RALPH A. CAMPILLO
26

27

28

LA/639640v1
                                          -1-
                                                              Case No. CV 01156-MCE-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED: April 18, 2006          COLLINS, TOSCHI & DOYLE

2

3                                 By:     /s/ Gregory M. Doyle
                                       Gregory M. Doyle
4                                      Attorney for Defendant
                                       CAMERON THOMSON
5

6

7                                       **ORDER**

8       Pursuant to the stipulation of the parties, this matter is hereby dismissed with prejudice,

9  with each party to pay its own costs and fees.

10

11  Dated:   April 21, 2006

12

13                                  _____
                                    DALE A. DROZD
14                                  UNITED STATES MAGISTRATE JUDGE

15

16

17

18  Ddad1/orders.consent/campillo1156.dism

19

20

21

22

23

24

25

26

27

28

LA/639640v1
                                         -2-
                                                              Case No. CV 01156-MCE-DAD

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 18th Floor, Los Angeles, California 90017-5556.  On April 18, 2006, I served the within document(s):

**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(ii); [PROPOSED] ORDER**

- ☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.
- ☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.
- ☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.
- ☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

| | |
|---|---|
| Gregory M. Doyle, Esq.<br>COLLINS, TOSCHI & DOYLE<br>100 Webster Street, Suite 300<br>Oakland, CA  94607<br>Telephone:  (510) 835-3400<br>Facsimile:  (510) 835-7800 | Attorneys for Defendant<br>CAMERON THOMSON |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 18, 2006, at Los Angeles, California.

/s/ _____
Barbara Fergerson

LA/639640v1

-3-

PDF created with pdfFactory trial version www.pdffactory.com